UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:    *Dale Frederick Womeldorf*

Chapter 7
Bky Case No.  12-31003

Debtor.

# NOTICE OF HEARING AND MOTION
# TO SELL PROPERTY OF THE ESTATE OTHER THAN
# IN THE ORDINARY COURSE OF BUSINESS

TO:    Entities specified in Local Rule 6004-1 (9013-3).

1.    Terri A. Running, the Trustee in the above case (the "Trustee"), moves the court for the relief requested below and gives notice of hearing.

2.    The court will hold a hearing on this motion at 10:15 a.m. on May 22, 2013, in the United States Bankruptcy Court, Courtroom No. 2B, 200 United States Courthouse, 316 North Robert Street in St. Paul, Minnesota.

3.    Any response to this Motion must be filed and served not later than May 17, 2013 which is five days before the time set for the hearing (including Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(N).  The petition commencing this case as a Chapter 7 case was filed on February 24, 2012 (the Petition Date). The case is now pending in this Court.

5. This Motion arises under 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 6004. This Motion is filed under Fed. R. Bankr. P. 9014 and Local Rules 9013-1 and 6004-1. By this Motion, the Trustee requests the entry of an order authorizing the Trustee to sell certain property of the estate other than in the ordinary course of business. The Trustee proposes to sell the estate's interest the Property (defined below) along with the co-owners interst, in "as is" condition to David G. Odden, or his designees, for the sum of $173,200.00 cash.

## STATEMENT OF FACTS

6. On the Petition Date, Dale Frederick Womeldorf (the "Debtor") owned an undivided 50% interest in certain real property located at 27821 North Shore Dr. in Starbuck, MN legally described as follows:

**Lot 6, Block 1, Wild Wood 2nd Addition, Pope County, MN**.

(the "Property").

7. The Trustee filed a complaint (Adv. 12-03292) seeking an order from the Court granting permission to sell both the estate's interest and co-owner Delores Bergstrom's ("Bergstrom") interest in the Property pursuant to 11 U.S.C. §363(h). The court issued an Order for Judgment on December 11, 2012 (the "Judgment").

8. Pursuant to the Judgment, the commencement of the bankruptcy proceeding severed the joint tenancy of the Debtor and Bergstrom in the Property, and converted the Debtor's undivided 50% interest in the Property to property of the bankruptcy estate under Minn. Stat. §550.19 Subd. 5.

9. Pursuant to the Judgment, the estate has the authority to sell the estate's interest in the Property, as well as Bergstrom's interest, under 11 U.S.C. §363(h). The Judgment

specifically provides that the division of the Property is impracticable and would cause great prejudice to the parties.

10. There is currently an offer in the amount of $173,200.00 for the Property.

11. Patrick Flanders of Patrick Flanders Realty, Inc. is the real estate agent for this sale.

10. The Property is currently subject to mortgage in favor of Farmers State Bank in Dennison, MN in the amount of $109,232.21.

11. Past-due real estate taxes and special assessments owed to Pope County are to be paid from the sale in the amount of $878.80.

12. The anticipated real estate commission to be paid to Patrick Flanders Realty, Inc. for the sale will be $17,320.00.

13. A settlement or closing fee in the amount of $140.00 will be paid to Amundson & Johnson, P.A. from the sale proceeds.

14. A fee in the amount of $100.00 will be paid to Amundson & Johnson, P.A. for title services and title insurance from the sale proceeds.

15. A state deed tax in the amount of $571.56 will be paid out of the sale proceeds.

16. A fee for certified copies of the bankruptcy documents in the amount of $22.00 will be paid out of the sale proceeds.

17. A recording fee in the amount of $138.00 will be paid to the Pope County Recorder out of the sale proceeds.

18. A sewer inspection fee in the amount of $375.00 will be paid to Rapid Response Plumbing and Heating out of the sale proceeds.

19. Mileage expenses to Patrick Flanders in the amount of $261.00 will be paid out of the sale proceeds.

20. The Debtor's proceeds from the sale of the Property are partially exempt in the amount of $1.00.

21. The trustee has determined that the expenses listed above are necessary to complete the sale.

22. The estate's share of the expenses referenced above will be 50% and Bergstrom's share of the expenses will be 50%.

23. The Trustee has considered the income tax consequences of the sale. Based upon the information available to the Trustee, the Trustee has concluded that the sale of the Property by the Trustee will result in income tax liabilities for the estate. Based upon the information available to the Trustee, the Trustee has concluded that such tax liabilities will not exceed the proceeds and that a significant portion of the funds will be available to the estate for distribution to creditors.

24. The estate will receive fifty percent of the net proceeds from the sale of the Property. The Debtor will be paid $1.00 from the estate's net proceeds representing his claimed exemption in the Property. The remaining fifty percent of the net proceeds will be paid to Bergstrom. Based upon the information available to the Trustee, the Trustee believes that a sale of the Property to David G. Odden will result in estimated net proceeds to the estate of approximately $22,079.71, ($44,161.43 - $22,080.72 (Bergstrom's interest) - $1.00 (Debtor's interest)) not including income taxes, the cost for preparation of the bankruptcy estate's fiduciary tax returns, and attorney fees for this motion.

25. The Trustee believes that closing the sale is in the best interest of the estate and creditors. The Trustee believes that the selling price is appropriate due to the fact that it exceeds both the assessed property tax value and the comparative market analysis provided by the debtor. The Trustee believes that the closing of the sale will result in a material dividend to the creditors of the estate.

26. Because the amounts set forth above are estimates based upon the most recent information available to the Trustee, the Trustee believes authorization to pay any other amounts that may be, in the Trustee's judgment, necessary to close the sale of the Property, as well as authorization to execute and deliver any related or ancillary document that may be necessary to close the sale, is in the best interest of the estate and of the creditors.

WHEREFORE, the Trustee moves the court for the entry of an order as follows:

1. Authorizing the Trustee to sell, transfer, and convey pursuant to 11 U.S.C. § 363(b), the estate's interest and Bergstrom's interest in the Property located at 27821 North Shore Dr. in Starbuck, MN, legally described as: **Lot 6, Block 1, Wild Wood 2nd Addition, Pope County, MN,** to David G. Odden, or his designees, for the sum of $173,200.00 cash, and directing the Trustee to execute and deliver to David G. Odden, or his designees, a Trustee's Deed.

2. Authorizing and directing the Trustee to pay the outstanding mortgage balance to Farmers State Bank in Dennison, MN in the amount of $109,232.21 from the sale proceeds.

3. Authorizing and directing the Trustee to pay past-due real estate taxes and special assessments owed to Pope County in the amount of $878.80 from the sale proceeds.

4. Authorizing and directing the Trustee to pay the anticipated real estate commission to Patrick Flanders Realty, Inc. in the amount of $17,320.00 from the sale proceeds.

5. Authorizing and directing the Trustee to pay a settlement or closing fee in the amount of $140.00 to Amundson & Johnson, P.A. from the sale proceeds.

6. Authorizing and directing the Trustee to pay a fee to Amundson & Johnson, P.A. for title services and title insurance in the amount of $100.00 from the sale proceeds.

7. Authorizing and directing the Trustee to pay a state deed tax in the amount of $571.56 out of the sale proceeds.

8. Authorizing and directing the Trustee to pay a fee for certified copies of the bankruptcy documents in the amount of $22.00 out of the sale proceeds.

9. Authorizing and directing the Trustee to pay a recording fee to the Pope County Recorder in the amount of $138.00 out of the sale proceeds.

10. Authorizing and directing the Trustee to pay a sewer inspection fee to Rapid Response Plumbing and Heating in the amount of $375.00 out of the sale proceeds.

11. Authorizing and directing the Trustee to pay mileage expenses to Patrick Flanders in the amount of $261.00 out of the sale proceeds.

12. Authorizing and directing the Trustee to pay the Debtor's claimed exemption in the sale proceeds in the amount of $1.00 out of the sale proceeds.

13. Authorizing and directing the Trustee to pay 50% of the net proceeds to Bergstrom out of the sale proceeds.

14. Requiring the Debtor to cooperate with the Trustee in all matters relating to the sale of the Property.

15. Authorizing the Trustee to execute and deliver any related or ancillary document which may be necessary to complete the sale of the Property contemplated herein.

16. Authorizing the trustee to pay from any sales proceeds any other amounts that may, in the trustee's judgment, be necessary to close the sale of the property.

17. Making the court's order effective immediately, notwithstanding FED. R. BANKR. P. 6004(h); and,

18. Granting such other and further relief as is just and equitable.

Dated: April 23, 2013

*/e/ Terri A. Running*
Terri A. Running
I.D. No. 238338
Running Law Firm, P.C.
P.O. Box 583454
Minneapolis, MN 55458
(612) 279-2660
(612) 279-2666 *facsimile*
Attorneys for the Trustee

## VERIFICATION

Terri A. Running, the moving party named in the foregoing Notice of Hearing and Motion, declares under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: April 23, 2013 /e/ *Terri A. Running*
Terri A. Running

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:        *Dale Frederick Womeldorf*

Chapter 7
Bky Case No. 12-31003

Debtor.

# MEMORANDUM OF LAW SUPPORTING MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE OTHER THAN IN THE ORDINARY COURSE OF BUSINESS

## INTRODUCTION

The Trustee submits this memorandum of law in support of her motion to sell the estate's interest in certain real property located in Anoka County, Minnesota (the "Property").

## FACTS

The facts contained in the motion are incorporated by reference.

## ARGUMENT

Section 363(b)(1) of the Bankruptcy Code provides as follows:

(b)(1)  The Trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate.

11 U.S.C. §363(b)(1).

The statutory language of section 363(b)(1) indicates that there are two primary requirements to a sale of property other than in the ordinary course of business. In this case, all of the interested parties as required under the rules have been provided with notice of the trustee's intent to sell the property. Therefore, the trustee has met the first requirement of providing a notice. If an interested party objects to the sale, a hearing is set to address those

9

issues. Therefore, the trustee has met the second requirement of providing an opportunity for a hearing.

In addition to the procedural requirements, the right to enter into transactions other than in the ordinary course of business for the sale of property is subject to the restriction that the transaction must not be inconsistent with any relief granted from the automatic stay in bankruptcy. 11 U.S.C. § 362(d). In addition, the right to sell property other than in the ordinary course of business is subject to the right of any entity having an interest in the property to request the court to prohibit or condition such transaction as is necessary to provide adequate protection of such interest. 11 U.S.C. § 362 (e). In this case, the requirements will not prevent the sale of the Property.

There has been no relief from the automatic stay granted in this case in regard to the Property which is to be sold. The debt against the Property will be paid in full. Therefore, there has been no basis for a creditor of the Debtor to obtain relief from the automatic stay in regard to its rights in the Property.

Any entity with an interest in the Property would have the right to request adequate protection; however, in this case, all of the interests are adequately protected. There are no other owners in the Property to consent to the sale of the Property.

## CONCLUSION

As the verified motion of the Trustee indicates, the sale of the Property will be in the best interest of creditors. The interests in the Property are all adequately protected. Therefore, the court should grant the Trustee's motion.

Dated:  April 23, 2013              /e/ *Terri A. Running*
                                    Terri A. Running
                                    I.D. No. 238338
                                    Running Law Firm, P.C.

P.O. Box 583454
Minneapolis, MN 55458
(612) 279-2660
(612) 279-2666 *facsimile*
Attorneys for the Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:   Dale Frederick Womeldorf,                    Chapter 7
                                                      Bky Case No.  12-31003
                Debtor.

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

I, Jesse A. Horoshak, declare that on the date indicated below, I served the following:

(1) Notice of Hearing and Motion to Sell Property of the Estate Other Than in the Ordinary Course of Business; (2) Memorandum of Law Supporting Motion for Authority to Sell Property of the Estate Other Than in the Ordinary Course of Business; (3) Unsworn Declaration for Proof of Service; (4) Proposed Order

upon each of the entities named below, by electronic service or by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid, and depositing same in the post office at Minneapolis, Minnesota, addressed to each of them as follows:

SEE ATTACHED SERVICE LIST

and I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 22, 2013                                  */e/ Jesse A. Horoshak*

```
Label Matrix for local noticing            Atlas Acquisitions LLC                 Capital One Bank (USA), N.A. by American Inf
0864-3                                     Avi Schild                             PO Box 71083
Case 12-31003                              294 Union St                           Charlotte, NC 28272-1083
District of Minnesota                      Hackensack, NJ 07601-4303
St Paul
Mon Apr 22 14:50:10 CDT 2013

St Paul                                    AEGIS                                  AMERICAN EXPRESS
200 Warren E Burger Federal Building and   P O BOX 404                            P O BOX 0001
US Courthouse                              Fort Mill, SC  29716-0404              LOS ANGELES, CA  90096-0001
316 N Robert St
St Paul, MN 55101-1465


APEX FINANCIAL MGMT, LLC                   ARSI                                   AT&T WIRELESS
1120 W LAKE COOK RD, STE A                 555 ST. CHARLES DRIVE, STE 100         P O BOX 6416
Buffalo Grove, IL 60089-1970               Thousand Oaks, CA 91360-3983           CAROL STREAM, IL 60197-6416



AUGSBURG COLLEGE                           American Express Centurion Bank        Atlas Acquisitions LLC
2211 Riverside Avenue                      c/o Becket and Lee LLP                 294 Union St.
Minneapolis, MN 55454-1350                 POB 3001                               Hackensack, NJ 07601-4303
                                           Malvern  PA 19355-0701


BANK OF AMERICA                            BOTTOM LINE BOOKS                      (p)COLLECT AMERICA LTD
CREDIT CARD SERVICES                       % North Shore Agency, Inc              4340 S MONACO PKWY
P O BOX 15102                              270 Spagnoli Road                      2ND FL
WILMINGTON, DE  19886-5102                 Melville, NY 11747-3516                DENVER CO 80237-3408


CAPITAL MANAGEMENT SERVICES                CAPITAL MGMT SERVICES                  CAPITAL ONE
726 EXCHANGE ST., STE 700                  726 EXCHANGE STREET                    P O BOX 60599
Buffalo, NY 14210-1464                     SUITE 700                              CITY OF INDUSTRY, CA  91716-0599
                                           Buffalo, NY 14210-1464


CHARTER COMMUNICATIONS                     CHASE                                  CHASE
3380 NORTHERN VALLEY PLACE NE              P O BOX 15548                          P O BOX 15902
Rochester, MN  55906-3954                  WILMINGTON, DE  19886-5548             WILMINGTON, DE 19850



CHASE                                      CITI CARD                              CLIENT SERVICES, INC
P O BOX 94014                              P O BOX 6077                           3451 HARRY TRUMAN BLVD
PALATINE, IL  60094-4014                   Sioux Falls, SD 57117-6077             ST. CHARLES, MO 63301-9816



COLLECTION BUREAU OF AMERICA               CONSTAR FINANCIAL SERVICES             CREDITORS INTERCHANGE
P O BOX 5013                               3561 W BELL RD                         80 HOLTZ DRIVE
Hayward, CA  94540-5013                    Phoenix, AZ 85053-2965                 Buffalo, NY 14225-1470



Capital Alliance Financial, LLC            Capital One Bank (USA), N.A.           Capital One Bank (USA), N.A.
c/o Stenger & Stenger, PC                  PO Box 248839                          by American InfoSource LP as agent
2618 East Paris Ave SE                     Oklahoma City, OK  73124-8839          PO Box 71083
Grand Rapids, MI 49546-2454                                                       Charlotte, NC  28272-1083
```

Charter Communications
Attention: Cash Management
279 Trowbridge Dr
Fond Du Lac, WI 54937-9180

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

EIS COLLECTIONS
2323 LAKE CLUB DR, STE 300
Columbus, OH 43232-3205

ENCORE RECEIVABLE MANAGEMENT
400 N ROGERS RD
P O BOX 3330
OLATHE, KS  66063-3330

EXPERIAN BUSINESS INFORMATION
475 ANTON BLVD
Costa Mesa, CA 92626-7037

FARMERS STATE BANK
37612 Goodhue Ave
Dennison, MN 55018-7451

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

FIA CSNA
P O BOX 17054
Wilmington, DE 19884-0001

FIRST EQUITY CARD CORP
%MESSERLI & KRAMER
3033 CAMPUS DR #250
Minneapolis, MN 55441-2662

FMA ALLIANCE LTD
P O BOX 2409
HOUSTON, TX  77252-2409

FREDERICK J. HANNA
1427 ROSWELL ROAD
Marietta, GA 30062-3668

GC SERVICES
P O BOX 36347
Houston, TX 77236-6347

GMAC
PO Box 78369
Payment Processing Center
Phoenix, AZ  85062-8369

GURSTEL, STALOCH & CHARGO
401 N THIRD ST, SUITE 590
Minneapolis, MN 55401-2324

INTEGRITY FINANCIAL PARTNERS
P O BOX 11530
Overland Park, KS  66207-4230

J.C. CHRISTENSEN & ASSOC., INC
P O BOX 519
Sauk Rapids, MN 56379-0519

JNR Adjustment Company Inc
PO Box 27070
Minneapolis, MN  55427-0070

LTD FINANCIAL SERVICES
7322 SOUTHWEST FREEWAY
SUITE 1600
Houston, TX 77074-2134

LVNV FUNDING LLC
P O BOX 10497
Greenville, SC 29603-0497

LVNV Funding, LLC its successors and assigns
assignee of Capital One
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
assignee of Chase Bank USA, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MACY'S
111 BOULDER INDUSTRIAL BLVD
Bridgeton, MO 63044-1241

MANN BRACKEN LLC
ONE PACES WEST, STE 1400
2727 PACES FERRY RD
Atlanta, GA 30339-1838

MERILEE SANDER
1203 SUNSET COURT
Northfield, MN 55057-3250

MESSERLI & KRAMER
3033 CAMPUS DRIVE
SUITE 250
Minneapolis, MN 55441-2662

NATIONAL RECOVERIES, INC
11000 CENTRAL AVE NE
BLAINE, MN 55434

NATIONWIDE CREDIT, INC.
P O BOX 740640
ATLANTA, GA  30374-0640

NCB
P O BOX 1099
Langhorne, PA 19047-6099

NCO FINANCIAL SERVICES, INC.
P O BOX 61247
DEPT 64
Virginia Beach, VA 23466-1247

| | | |
|---|---|---|
| NCO FINANCIAL SYSTEMS<br>P O BOX 15773<br>WILMINGTON, DE  19850-5773 | NCO FINANCIAL SYSTEMS<br>PO Box 15456<br>Wilmington, DE  19850-5456 | NORTHFIELD CLINICS<br>2000 NORTH AVE<br>Northfield, MN  55057-1697 |
| NORTHFIELD HOSPITAL<br>2000 NORTH AVENUE<br>NORTHFIELD, MN  55057-1697 | PALISADES COLLECTION<br>210 SYLVAN AVE<br>Englewood Cliffs, NJ  07632-2510 | PHILLIPS & COHEN ASSOCIATES<br>1002 JUSTISON STREET<br>Wilmington, DE 19801-5148 |
| PREFERREDONE<br>6105 GOLDEN HILLS DRIVE<br>Circleville, KS  66416 | PROFESSIONAL SERVICE BUREAU<br>P O BOX 331<br>Elk River, MN  55330-0331 | Palisades Collections, LLC<br>Vativ Recovery Solutions LLC<br>As Agent For Palisades Collections, LLC<br>PO Box 40728<br>Houston TX 77240-0728 |
| RAB, INC.<br>P O BOX 1022<br>WIXOM, MI  48393-1022 | RAUSCH, STURM, ISRAEL & HORNIK<br>680 SOUTHDALE OFFICE CENTRE<br>6600 FRANCE AVE. S.<br>Minneapolis, MN 55435-1805 | REDLINE RECOVERY SERVICES<br>11675 RAINWATER DR, STE 350<br>Alpharetta, GA  30009-8693 |
| STATE FARM BANK<br>%NCB MGMT SERVICES<br>P O BOX 1099<br>Langhorne, PA 19047-6099 | Star Tribune Circulation<br>% Biehl & Biehl, Inc<br>PO Box 87410<br>Carol Stream, IL  60188-7410 | State Farm Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 |
| Stenger & Stenger<br>4095 Embassy Dr, SE<br>Suite A<br>Grand Rapids, MI 49546-2457 | UNITED RECOVERY SYSTEMS<br>P O BOX 722929<br>HOUSTON, TX  77272-2929 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | VONAGE<br>%ACA INTERNATIONAL<br>P O BOX 988<br>Harrisburg, PA  17108-0988 | WELLS FARGO<br>P O BOX 5169<br>Sioux Falls, SD 57117-5169 |
| WELLS FARGO BANK<br>P O BOX 29746<br>PHOENIX, AZ  85038-9746 | ZWICKER & ASSOCIATES, P.C.<br>80 MINUTEMAN ROAD<br>Andover, MA 01810-1008 | DALE FREDERICK WOMELDORF<br>1507 GOLDENROD<br>NORTHFIELD, MN 55057-3427 |
| David G Keller<br>Grannis & Hauge<br>1260 Yankee Doodle Rd Ste  200<br>Eagan, MN 55121-2250 | Terri A. Running<br>PO Box  583454<br>Minneapolis, MN 55458-3454 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CACH LLC<br>370 17TH ST STE 5000<br>Denver, CO  80202 | DISCOVER<br>P O BOX 30943<br>SALT LAKE CITY, UT  84130-0943 | US BANK<br>P O BOX 790408<br>ST. LOUIS, MO  63179-0408 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Patrick Flanders Realty Inc, | (d)REDLINE RECOVERY SERVICES<br>11675 Rainwater Dr<br>Suite 350<br>Alpharetta, GA   30009-8693 | End of Label Matrix<br>Mailable recipients   85<br>Bypassed recipients    2<br>Total                 87 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: *Dale Frederick Womeldorf*

Chapter 7
Bky Case No. 12-31003

Debtor.

**<u>ORDER</u>**

This matter came on for hearing on the trustee's motion for authority to sell property of the estate other than in the ordinary course of business. The court, having reviewed the motion and having considered the evidence and matters on file herein:

IT IS ORDERED:

1. The Trustee's motion is granted; and

2. The Trustee is authorized and directed to sell, transfer, and convey pursuant to 11 U.S.C. § 363(b), the interests of both the bankruptcy estate and Bergstrom in the Property located at 27821 North Shore Dr. in Starbuck, MN, legally described as: **Lot 6, Block 1, Wild Wood 2nd Addition, Pope County, MN,** to David G. Odden, or his designees, for the sum of $173,200.00 cash, and directing the Trustee to execute and deliver to David G. Odden, or his designees, a Trustee's Deed.

3. The Trustee is authorized and directed to pay the outstanding mortgage balance to Farmers State Bank in Dennison, MN in the amount of $109,232.21 from the sale proceeds.

4. The Trustee is authorized and directed to pay past-due real estate taxes and special assessments owed to Pope County in the amount of $878.80 from the sale proceeds.

5. The Trustee is authorized and directed to pay the anticipated real estate commission to Patrick Flanders Realty, Inc. in the amount of $17,320.00 from the sale proceeds.

6. The Trustee is authorized and directed to pay a settlement or closing fee in the amount of $140.00 to Amundson & Johnson, P.A. from the sale proceeds.

7. The Trustee is authorized and directed to pay a fee to Amundson & Johnson, P.A. for title services and title insurance in the amount of $100.00 from the sale proceeds.

8. The Trustee is authorized and directed to pay a state deed tax in the amount of $571.56 out of the sale proceeds.

9. The Trustee is authorized and directed to pay a fee for certified copies of the bankruptcy documents in the amount of $22.00 out of the sale proceeds.

10. The Trustee is authorized and directed to pay a recording fee to the Pope County Recorder in the amount of $138.00 out of the sale proceeds.

11. The Trustee is authorized and directed to pay a sewer inspection fee to Rapid Response Plumbing and Heating in the amount of $375.00 out of the sale proceeds.

12. The Trustee is authorized and directed to pay mileage expenses to Patrick Flanders in the amount of $261.00 out of the sale proceeds.

13. The Trustee is authorized and directed to pay the Debtor's claimed exemption in the sale proceeds in the amount of $1.00 out of the sale proceeds.

14. The Trustee is authorized and directed to pay 50% of the net proceeds to Bergstrom out of the sale proceeds.

15. The Debtors shall cooperate with the Trustee in all matters relating to the sale of the Property.

16. The Trustee is authorized to execute and deliver any related or ancillary document which may be necessary to complete the sale of the Property contemplated herein.

17. The Trustee is authorized to pay from any sales proceeds any other amounts that may, in the trustee's judgment, be necessary to close the sale of the property.

18. Notwithstanding FED. R. BANKR. P. 6004(h), this order is effective immediately; and,

19. Any other such relief that is just and equitable.

Dated:

                                                                                                                                         _____
Dennis D. O'Brien
United States Bankruptcy Judge